# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Onik Papoyan, | No. CV-25-04882-PHX-DJH (CDB) |
| Petitioner, | **ORDER** |
| v. |  |
| Luis Rosa, Jr., et al., |  |
| Respondents. |  |

Petitioner filed a Petition for Writ of Habeas Corpus under § 2241 challenging his immigration detention. (Doc. 1.) The Court will require an answer to the Petition.

Petitioner alleges he applied for admission to the United States on or about April 10, 2024. (Doc. 1 at 4.) DHS detained Petitioner and he was placed in removal proceedings. (*Id.*) On September 8, 2025, Petitioner's application for asylum was granted. (*Id.*) DHS appealed the decision to grant Petitioner asylum, which remains pending. (*Id.*) Petitioner claims his prolonged detention for more than nineteen months without a bond hearing violates his due process rights under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court will require Respondent to answer the Petition.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed

1  summonses.

2  (3)  The Clerk of Court must also immediately transmit by email a copy of this
3  Order and a copy of the Petition (Doc. 1) to the United States Attorney for the District of
4  Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa
5  Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo
6  Nickerson at theo.nickerson2@usdoj.gov.

7  (4)  Respondents must answer the Petition within 20 days of the date of service.
8  Petitioner may file a reply within 15 days from the date of service of the answer.

9  (5)  This matter is referred to Magistrate Judge Camille D. Bibles pursuant to
10  Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a
11  report and recommendation.

12  Dated this 13th day of January, 2026.

_____
Honorable Diane J. Humetewa
United States District Judge