# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Onik Papoyan,<br><br>              Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br><br>              Respondents. | No. CV 25-04882 PHX DJH (CDB)<br><br>**ORDER** |

**IT IS ORDERED that**, per Petitioner's certificate of service docketed at ECF No. 7, Respondents are deemed to have been properly served with the Petition and Petitioner has adequately complied with the requirements of the Order at ECF No. 6.

Accordingly,

**IT IS FURTHER ORDERED that** Respondents shall file their response to the Petition **no later than February 5, 2026**. This deadline will not be extended.

Dated this 16th day of January, 2026.

_____
Camille D. Bibles
United States Magistrate Judge