# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Onik Papoyan,

       Petitioner,

v.

Luis Rosa, Jr., et al.,

       Respondents.

No. CV-25-04882-PHX-DJH

**ORDER**

Before the Court is Onik Papoyan's ("Petitioner") Petition for Habeas Corpus ("Petition") seeking a release from detention pursuant to 28 U.S.C. § 2241 (Doc. 1).

On March 17, 2026, United States Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending that the Petition be granted and the Petitioner by afforded a bond hearing within seven days of the Order approving the Petition. (Doc. 11). On March 31, 2026, Respondents filed an Objection to the R&R (Doc. 12). Respondents state that Petitioner was released from detention on March 27, 2026, and thus argue his Petition is moot. (*Id.*) Petitioner has not filed a response and the time to do so has expired.

In light of Petitioner's recent release, the Court can no longer grant the relief Petition requests and his Petition is moot. *Picrin-Peron v. Rison*, 930 F.2d 773, 775 (9th Cir. 1991) ("if it appears that [the court is] without power to grant the relief requested, then the case is moot.").

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 12) and Petition (Doc. 1) are denied as moot. The Clerk of Court is kindly directed to close this matter.

Dated this 15th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge